# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

No. 5:20-HC-02014-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| JESSE BRENT STAHL, | ) | |
| | ) | |
| Respondent. | ) | |

Before the Court is Respondent's Motion for Leave of the Court to Use the Video Teleconference Technology During the Bench Trial [DE 37]. For good cause shown, the motion is GRANTED. Respondent may present expert testimony by Dr. Dawn Graney by video in accordance with all previous orders, any facility's procedures, and the Court's rules. The parties' counsel is also reminded that they must comply with Local Civil Rule 83.10(b) and the Court's practice standards.

SO ORDERED this _3d_ day of December, 2020.

Richard E Myers II

RICHARD E. MYERS II
UNITED STATES DISTRICT JUDGE